COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of A.L.D.L., a Child

Appellate case number:   01-15-00826-CV

Trial court case number:  14-FD-2183

Trial court:                      County Court at Law No. 1 of Galveston County

Proceeding *pro se*, appellant, P.D., filed a notice of appeal of the trial court's final judgment terminating her parental rights to her minor child, signed on September 21, 2015. *See* TEX. R. APP. P. 26.1(b), 28.4. The trial court clerk filed the clerks' record on October 13, 2015. On October 23, 2015, the court reporter notified the Court that the reporter's record was not requested. Accordingly, the Clerk of this Court notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by November 2, 2015, the Court might require appellant to file a brief and consider the appeal without a reporter's record. *See* TEX. R. APP. P. 35.3(b), 37.3(c). Appellant has filed a document (1) requesting "an extension [ ]on appeal" and (2) stating that she has "not made any arrangements to pay for any records."

To the extent that appellant requests an extension of time to file her notice of appeal, we **dismiss the request as moot** because appellant's notice of appeal was timely filed on September 28, 2015.

To the extent that appellant requests an extension to respond to the Court's notice regarding the failure to file a reporter's record, **we grant the extension**. Accordingly, appellant's final deadline to submit (1) written evidence from the court reporter that she has paid or made arrangements to pay the reporter's fee for preparing the reporter's record or (2) a detailed explanation that she is exempt from paying the fee is **5:00 p.m., November 12, 2015.** *See* TEX. R. APP. P. 20.1 (establishing indigence on appeal), 34.6(b) (requiring request for preparation of reporter's record), 35.3(b) (providing court reporter is responsible for preparing and filing reporter's record if appellant requests preparation and party responsible for payment has paid, or arranged to pay, fee or is entitled to proceed without paying fee). Otherwise, the Court may require appellant to file her brief and can consider and decide the appeal on those issues that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of August 31, 2015, the date the first notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
           ☑ Acting individually    ☐ Acting for the Court

Date: November 3, 2015